UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AMANDA WOELFEL,

                                    Plaintiff,           **VERIFIED COMPLAINT**

        - against -

WEST SONG FARM,
GEOFFREY A. COUNTRYMAN,
ALISSA COUNTRYMAN and
CLINTON CURTIS,

                                    Defendants.
------------------------------------------------------------------------X

        Plaintiff, AMANDA WOELFEL, by her attorney, the Law Offices of JOHN E. GRAY,

complaining of Defendants herein, respectfully alleges, upon information and belief:

        1.      That at all times hereinafter mentioned, Plaintiff, AMANDA WOELFEL, was and

still is a resident of the State of California.

        2.      That at all times hereinafter mentioned, Defendants, WEST SONG FARM,

GEOFFREY A. COUNTRYMAN, ALISSA COUNTRYMAN and CLINTON CURTIS are

residents of Orange County, State of New York.

        3.      That at all times hereinafter mentioned Defendants, WEST SONG FARM,

GEOFFREY A. COUNTRYMAN, ALISSA COUNTRYMAN and CLINTON CURTIS, were

the owners of a certain premises described as follows:  720 NY 284, WESTTOWN, NEW

YORK 10998.

        4.      That at all times hereinafter mentioned, jurisdiction is predicated on complete

diversity of citizenship in 28 U.S.C. Section 1332 as this is an action between citizens of

different states and the amount in controversy exceeds the jurisdictional limits of 28 U.S.C. Sec

1

1332(a), exclusive of interests and costs.

5.      That at all times hereinafter mentioned, WEST SONG FARM, GEOFFREY A. COUNTRYMAN, ALISSA COUNTRYMAN and CLINTON CURTIS, were the lessors of a certain premises described as follows:  720 NY 284, WESTTOWN, NEW YORK 10998.

6.      That at all times hereinafter mentioned, Defendants, WEST SONG FARM, GEOFFREY A. COUNTRYMAN, ALISSA COUNTRYMAN and CLINTON CURTIS, were the lessees of a certain premises described as follows:  720 NY 284, WESTTOWN, NEW YORK 10998.

7.      That at all times hereinafter mentioned, the Defendants, WEST SONG FARM, GEOFFREY A. COUNTRYMAN, ALISSA COUNTRYMAN and CLINTON CURTIS,, owed a duty to keep the premises located at 720 NY 284, WESTTOWN, NEW YORK 10998 in a safe condition and free of any defects.

8.  That on JUNE 12, 2026, the Plaintiff was lawfully at the aforesaid premises when Plaintiff was caused to sustain serious personal injuries due to a defective and dangerous condition existing thereat.

9.      That the aforesaid accident and injuries resulting therefrom to Plaintiff, AMANDA WOELFEL, were due solely and wholly to the careless, reckless, and negligent manner in which the Defendants operated, controlled, managed, and maintained the aforesaid premises, without this Plaintiff in any way contributing thereto.

10.      That the aforementioned accident was occasioned through no negligence on the part of Plaintiff, AMANDA WOELFEL, contributing thereto.

11.      That by reason of the foregoing and the negligence of the Defendants, WEST

2

SONG FARM, GEOFFREY A. COUNTRYMAN, ALISSA COUNTRYMAN and CLINTON CURTIS, Plaintiff, AMANDA WOELFEL, sustained serious, severe, permanent, and protracted personal injuries;  suffered great physical pain, and mental anguish; was rendered sick, sore, lame and disabled; and continues so to be for a considerable length of time; was and will be, upon information and belief, confined to a hospital, bed and home; was permanently injured; was and will continue to be compelled to undergo medical care and treatment and medical expenses; will hereafter be incapacitated from her usual life style and was otherwise damaged.

12.    That by reason of the foregoing and the negligence of the Defendants, WEST SONG FARM, GEOFFREY A. COUNTRYMAN, ALISSA COUNTRYMAN and CLINTON CURTIS,, this Plaintiff, AMANDA WOELFEL, is informed and verily believes the aforesaid injuries are permanent and that Plaintiff will permanently suffer from the effects of the aforesaid injuries and that Plaintiff will be caused to suffer permanent and continuous pain and inconvenience.

13.    That by reason of the foregoing, this Plaintiff, AMANDA WOELFEL, was compelled and did necessarily require medical aid and attention, medicines and similar treatment and will necessarily require similar treatment.

14.    That this lawsuit falls within one of the exceptions enumerated in Article 16 of the CPLR.

15.    That by reason of the foregoing, Plaintiff, AMANDA WOELFEL, has been damaged in an amount which exceeds the monetary jurisdictional limits of any and all lower Courts which would otherwise have jurisdiction herein, in an amount to be determined upon the trial of this action.

3

fendants WEST SONG FARM, GEOFFREY A. COUNTRYMAN, ALISSA COUNTRYMAN

and CLINTON CURTIS, in a sum of money which exceeds the jurisdictional limits of all lower

Courts which would otherwise have jurisdiction, together with costs and disbursements of this

action.

Plaintiff Demands a Jury Trial on all issues raised herein.

Dated: Rockville Centre, New York
      August 7, 2026

               Law Offices of JOHN E. GRAY, ESQ.
               Attorneys for Plaintiff
               100 North Park Avenue
               Rockville Centre, New York 11570
               (516) 766-3200)

TO:   WEST SONG FARM, GEOFFREY A. COUNTRYMAN, ALISSA COUNTRYMAN
      and CLINTON CURTIS,
      720 NY 284
      Westtown, New York 10998

4